**Electronically Filed
Supreme Court
SCPW-13-0002206
13-AUG-2013
02:16 PM**

SCPW-13-0002206

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHRIS SLAVICK, Petitioner,

vs.

WALTER RODBY, Respondent.

---

ORIGINAL PROCEEDING
(Cr. No. 04-1-001534)

ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's letter to the supreme court, which was filed on July 22, 2013, and which we review as a petition for a writ of mandamus, and the record, it appears that petitioner's request is not the proper subject of a writ of mandamus. Petitioner, nevertheless, has alternative means to obtain the requested relief. See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested

action).  Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of mandamus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition for a writ of mandamus is denied without prejudice.

DATED: Honolulu, Hawaiʻi, August 13, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

